| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 8:07-0333V |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* O8-71M |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ernest J. Long | Maryland | Northern Division |
| Camden, DE 19934  **REDACTED** | NAME OF SENTENCING JUDGE | |
| | Victor H. Laws, III, U.S. Magistrate Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/8/2008 — TO 2/7/2009 |

**OFFENSE**

Taking a Migratory Bird

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the D/DE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-26-08
Date

Victor H. Laws, III
U.S. Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/10/08
Effective Date

United States District Judge